UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ALFREDO JAIMES-RAMIREZ,<br><br>                    Defendant. | CASE NO. 11CR5702-JM<br><br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: _21 USC 952 and 960_ .

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/05/12

_____
RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE


ENTERED ON _____